**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOSH BAIR, | : | Civil No. 1:26-CV-00102 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JESSE SNYDER, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

# ORDER

**AND NOW**, on this 20th day of August, 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT** Defendant Jesse Snyder's motion to dismiss, Doc. 13, is **DENIED**. **IT IS FURTHER ORDERED THAT** a telephone status conference to set case management deadlines is **SCHEDULED** for **September 23, 2026, at 2:15 p.m.** The parties shall call-in to the conference calling number 570-218-8447, using the phone conference ID 660 227 256#.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania